JAMES N. PAULDING, Individually, and as Trustee, etc., et al., Respondents, *v.* ALEXANDER T. ARTHUR, Appellant.

(Argued June 22, 1882 ; decided June 30, 1882.)

*Joseph M. Pray* for appellant.

*N. B. Sanborn* for respondents.

Agree to affirm. No opinion.
All concur, except TRACY, J., absent.
Judgment affirmed.

———

FRANK P. SHEAN, Appellant, *v.* HEMANS P. MATTHEWS, Respondent.

(Argued June 27, 1882 ; decided June 30, 1882.)

*W. H. Sawyer* for appellant.

*Leslie W. Russell* for respondent.

Agree to dismiss appeal. No opinion.
All concur, except TRACY, J., absent.
Appeal dismissed.

———

THE ARCHITECTURAL IRON WORKS, Appellant, *v.* THE CITY OF BROOKLYN, Respondent.

(Argued November 28, 1881 ; decided June 30, 1882.)

*Joshua M. Van Cott* for appellant.

*Wm. C. De Witt* for respondent.

Agree to affirm order and for judgment absolute against appellant on stipulation. No opinion.
All concur.
Order affirmed, and judgment accordingly.